**Rickey BATES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 104383**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed June 6, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
27, 2017

Andrew E. Zleit, Assistant Public De-
fender, Office B/Area 68, 1010 Market
Street, Room 1100, St. Louis, MO 63101,
for appellant.

Evan J. Buchheim, Assistant Attorney
General, P.O. Box 899, Jefferson City, MO
65102, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Rickey Bates ("Movant") appeals from the denial, without an evidentiary hearing, of his Rule 29.15 post-conviction relief motion. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).